UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**JENNIFER MORRISON**                                                           **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO. 1:18-CV-9-GHD-DAS**

**PETTY'S CLEANING SERVICE**                                       **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The above parties having appeared by and through their respective counsel and having announced that this case should be dismissed with prejudice, it is hereby ORDERED that this case be, and the same hereby is, dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

SO ORDERED on this the 24th day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO BY:

/s/ Louis H. Watson, Jr.
LOUIS H. WATSON, JR., ESQ.
*Attorney for Plaintiff*


/s/ Martin J. Regimbal
MARTIN J. REGIMBAL, ESQ.
*Attorney for Defendant*